No. 04–9569. HOOF v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 603;

No. 04–9576. PENNYWELL v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 653;

No. 04–9601. MYERS v. UNITED STATES. C. A. 5th Cir. Reported below: 108 Fed. Appx. 937;

No. 04–9603. MESSANO v. UNITED STATES. C. A. 9th Cir. Reported below: 114 Fed. Appx. 785;

No. 04–9620. BRANCH v. UNITED STATES. C. A. 3d Cir. Reported below: 120 Fed. Appx. 920;

No. 04–9665. NAZARIO v. UNITED STATES. C. A. 11th Cir.;

No. 04–9701. MCGHEE v. UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 975; and

No. 04–9754. MCLERAN v. UNITED STATES. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005).

No. 04–9055. SOSA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04–9056. SOSA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04M70. EVANS v. SCOTT; and

No. 04M71. JOINTER v. POTTER, POSTMASTER GENERAL, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 03–1693. MCCREARY COUNTY, KENTUCKY, ET AL. v. AMERICAN CIVIL LIBERTIES UNION OF KENTUCKY ET AL. C. A. 6th Cir. [Certiorari granted, 543 U. S. 924.] Motion of petitioners for leave to file supplemental brief after argument granted.